

# Fourth Court of Appeals
## San Antonio, Texas

December 20, 2019

No. 04-19-00658-CV

**BASIC ENERGY SERVICES, L.P.,**
Appellant

v.

Enedina S. **LOPEZ** and The Estate of Rodolfo Lopez, Jr.,
Appellees

From the 81st Judicial District Court, Frio County, Texas
Trial Court No. 17-08-00245CVF
Honorable Lynn Ellison, Judge Presiding

## O R D E R

On December 13, 2019, appellant filed an agreed motion to abate this appeal pending completion of settlement. Appellant states that the parties have reached a settlement that resolves all claims in this appeal and that settlement papers are being prepared and the settlement is being funded. Appellant asks that this court abate the appeal for a reasonable period of time. Appellant's motion is GRANTED. It is therefore ORDERED that this appeal is ABATED for a period of thirty days from the date of this order. It is further ORDERED that the appellant file a motion requesting an appropriate disposition of this appeal within thirty days from the date of this order. *See Caballero v. Heart of Tex. Pizza, L.L.C.*, 70 S.W.3d 180 (Tex. App.—San Antonio 2001, no pet.); TEX. R. APP. P. 42.1, 43.2. All other appellate deadlines are suspended pending further order of this court.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of December, 2019.

_____
MICHAEL A. CRUZ,
Clerk of Court